# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

E-filing

07 DEC 11 PM 3:55

CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED

FILED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

December 4, 2007

CV 07 6375

MJJ

(PR)

Office of the Clerk
USDC Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Re: Ayon v. Richardson, Case No. 07cv2212 JLS (NLS)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: M. Zvers
M. Zvers , Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF ______________________
AND ASSIGNED CASE NUMBER ________________

CLERK, U.S. DISTRICT COURT

By: ______________________________, Deputy